BEN CHAVERS, APPELLANT, v. LAWRENCE McCALL AND WALTER McCOY, APPELLEES.

Argued October 24, 1941—Decided January 9, 1942.

For the appellant, *H. Albert Hyett* and *Emerson L. Richards.*

For the appellees, *Paul M. Salsburg.*

Per Curiam.

The judgment appealed from will be affirmed.

*For affirmance*—The Chancellor, Chief Justice, Case, Bodine, Heher, Perskie, Porter, Dear, Wells, Wolfs-Keil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.